**CSC.**

CORPORATION SERVICE COMPANY'

# Notice of Service of Process

null / ALL
Transmittal Number: 8318093
Date Processed: 12/28/2010

| | |
|---|---|
| Primary Contact: | Ann M. Spitler<br>General Growth Properties, Inc. - MAIN ACCOUNT<br>110 North Wacker Drive<br>Chicago, IL 60606 |
| Copy of transmittal only provided to: | Kara Pollock<br>Lauren Pratscher |

| | |
|---|---|
| Entity: | MSM Property L.L.C.<br>Entity ID Number  2319937 |
| Entity Served: | MSM Property L.L.C. |
| Title of Action: | John Lark vs. MSM Property, L.L.C. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court/Agency: | Jefferson County Circuit Court, Kentucky |
| Case/Reference No: | 10-CI-08774 |
| Jurisdiction Served: | Kentucky |
| Date Served on CSC: | 12/27/2010 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Aaron Michael Murphy<br>502-618-4949 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

| AOC-105          Doc. Code: CI | | Case No. | 10 C I 08774 |
|---|---|---|---|
| Rev. 1-07      12/21/2010 01:16 pm | CIVIL SUMMONS | Court | ☑ Circuit ☐ District |
| Page 1 of 1      Ver. 1.02 | | County | Jefferson |
| Commonwealth of Kentucky | | | |
| Court of Justice   www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | | | |

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

**PLAINTIFF**

John                                   Lark

VS.

MSM Property L.L.C.

**DEFENDANT**

**Service of Process Agent for Defendant:**

Corporation Service Company

D/B/A CSC-Lawyers Incorporat

421 West Main Street

| Frankfort | Kentucky | 40601 |
|---|---|---|

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____ DEC 21 2010 _____

DC
DAVID L. NICHOLSON
CIRCUIT COURT CLERK

_____ 14 _____ Clerk

By: _____ D.C.

```
┌─────────────────────────────────────────────────────────────┐
│                     Proof of Service                          │
│ This Summons was served by delivering a true copy and the     │
│ Complaint (or other initiating document) to:                  │
│ _____   │
│ this _____ day of _____, 2_____.                    │
│                          Served by: _____   │
│                                     _____ Title   │
└─────────────────────────────────────────────────────────────┘
```

NO: ___10 CI 08774

JEFFERSON CIRCUIT COURT
DIVISION
JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

JOHN LARK

PLAINTIFF

v.                        **COMPLAINT**

MSM PROPERTY L.L.C.
SERVE:



FILED IN CLERKS OFFICE
DAVID L. NICHOLSON, CLERK

DEC 2 1 2010

BY_____ DEPUTY CLERK

CORPORATION SERVICE COMPANY
D/B/A CSC-LAWYERS INCORPORAT
421 WEST MAIN STREET
FRANKFORT, KY 40601

DEFENDANT

\* \* \* \* \* \*

**Comes now**, the Plaintiff, John Lark, by counsel, and for her complaint states as follows:

1.      The Plaintiff resides at 686 Madelon Court, Louisville, Kentucky 40211.

2.      Defendant, MSM Property, L.L.C., is a Delaware Corporation with a principal

business address of 110 North Wacker Drive, Chicago, IL 60827.

3.      All acts omissions, which are the subject of this Complaint occurred in Jefferson

County, Kentucky.

4.      The amount of damages exceeds the jurisdictional threshold of this court but is

stipulated to be less than $75,000.00.

### FACTS

5.      On or about January 9, 2010, the Plaintiff was a customer of the Defendant's

place of business (Commonly known as Mall St. Matthews) located at 5000 Shelbyville Road,

Louisville, Kentucky 40207.

6.      On or about January 9, 2010, the Plaintiff was a patron of the Mall St. Matthews.

7.     The Plaintiff was forcibly removed from the Mall Premises by the employees, agents, or instrumentalities of the Defendant.

8.     The Plaintiff was physically touched in an unwelcomed manner the employees, agents or instrumentalities of the Defendant.

9.     The Plaintiff was threatened with bodily harm by the employees, agents, or instrumentalities of the Defendant.

10.    The Plaintiff was subjected to embarrassment and emotional harm due to the actions of the Defendant, its agents, employees, or instrumentalities.

11.    At all times the employees, agents or instrumentalities of the Defendant were security guards working within the scope of their employment.

## CLAIM I – ASSAULT

12.    The Plaintiffs incorporate by specific reference the allegations contained in paragraphs 1 through 11 above as if fully set forth herein.

13.    The Defendant and the Defendant's employees, agents, and instrumentalities, threatened and intentionally put the Plaintiff in fear of imminent bodily harm.

14.    The Plaintiff suffered injuries as a result of the actions of the Defendant's employees, instrumentalities, and/or agents.

## CLAIM II – BATTERY

15.    The Plaintiffs incorporate by specific reference the allegations contained in paragraphs 1 through 14 above as if fully set forth herein

16.    The Defendant, its employees, agents and instrumentalities did touch and physically impact the Plaintiff in an unwelcome manner.

17.     The Defendant's actions were not under color of law or any recognized exception to Battery under Kentucky law.

18.     The Plaintiff suffered injuries as a result of the actions of the Defendant's employees, instrumentalities, and/or agents.

## CLAIM III – VIOLATION OF CIVIL RIGHTS

19.     The Plaintiffs incorporate by specific reference the allegations contained in paragraphs 1 through 18 above as if fully set forth herein

20.     The Defendant, its employees, agents and instrumentalities were acting in a racially motivated way towards the Plaintiff who is a member of a protected class.

21.     The Defendant's actions violated the Civil Rights afforded the Plaintiff under Title II of the 1964 Civil Rights Act.

22.     The Plaintiff has suffered damage and permanent damages as a result of the Defendants Violation of the Plainiff's Civil Rights.

**WHEREFORE,** the Plaintiffs request relief from this honorable court and for the following:

1.  Judgment in favor of the Plaintiffs on all counts;

2.  Trial by jury on all issues so triable;

3.  All equitable damages allowed by law;

4.  All compensatory damages allowed by law;

5.  All Punitive and exemplary damages allowed by law;

6.  All other relief to which the Plaintiffs may be entitled.

Respectfully Submitted,

Aaron Michael Murphy
GRUNER & SIMMS, PLLC
455 S. 4th Street, Suite 1228
Louisville, Kentucky 40202
Phone: 502-618-4949
*Attorney for the Plaintiff*



David L. Nicholson
Jefferson County Circuit Court Cl:
Circuit Court Division
Louis D. Brandeis Hall of Justice
600 West Jefferson Street
Louisville, Kentucky 40202



7010 1670 0000 0240 18

1863

Corporation Service Company
421 West Main Street
Frankfort, KY 40601

40601$1815

CERTIFIED MAIL
RETURN RECEIPT REQUESTED